*FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 AUG 23 PM 3: 12
STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SINCLAIR WYOMING REFINERY COMPANY, a Wyoming corporation, | |
| Plaintiff, | |
| v. | Case No.15-CV-91-ABJ |
| A&B BUILDERS, LTD., a Texas limited partnership; MATRIX ENGINEERING, LTD., a Texas limited partnership; HOWE-BAKER ENGINEERS, LTD., a Texas limited partnership; APPLIED CONTROL EQUIPMENT, LLC, a dissolved Colorado limited liability company nka APPLIED CONTROL EQUIPMENT, LLLP, a Colorado limited liability limited partnership; INSTRUMENT & VALVE SERVICES COMPANY, a Delaware company; FISHER SERVICE CO. dba FISHER CONTROLS INTERNATIONAL, INC., a Delaware corporation nka FISHER CONTROLS INTERNATIONAL, LLC, a Delaware limited liability company; and EMERSON PROCESS MANAGEMENT, LLLP, a Delaware limited liability limited partnership, | |
| Defendants. | |

## JUDGMENT

1

This Court has entered its orders on Defendants Applied Control Equipment, LLC, and Applied Equipment, LLLP's, motions for summary judgment, along with Defendants Instrument & Valve Services Company, Fisher Controls International, LLC, and Emerson Process Management, LLLP's, motions for summary judgment, finding that the relief sought by these Defendants should be granted. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Sinclair Wyoming Refinery Company recover nothing from Defendants Applied Control Equipment, LLC, Applied Equipment, LLLP, Instrument & Valve Services Company, Fisher Controls International, LLC, and Emerson Process Management, LLLP; it is further

**ORDERED, ADJUDGED, AND DECREED** that Defendants Applied Control Equipment, LLC, Applied Equipment, LLLP, Instrument & Valve Services Company, Fisher Controls International, LLC, and Emerson Process Management, LLLP, are entitled to recover their costs, pursuant to FED. R. CIV. P. 54(d)(1), upon the filing of a bill of costs with the Clerk of the Court after a subsequent order by this Court lifting the stay on filing their bill of costs.

Dated this 23 day of August, 2019.

Alan B. Johnson
United States District Judge

2